UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff, Case No. 1:25−mj−00421−RSK

v. Hon. Ray Kent

THOMAS PATRICK SHANNON,

Defendant.
_______________________________/

# NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Detention Hearing |
| Date/Time: | November 17, 2025 10:00 AM<br>*(previously set for November 3, 2025*) |
| Magistrate Judge: | Ray Kent |
| Place/Location: | 584 Federal Building, Grand Rapids, MI |

RAY KENT
U.S. Magistrate Judge

Dated: September 30, 2025 By: /s/ Kari Belanger
Courtroom Deputy